UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KARDARIUS KANTREZ GLASS,<br><br>                Plaintiff,<br><br>vs.<br><br>FULTON COUNTY SUPERIOR COURT,<br><br>                Defendant. | CIVIL ACTION FILE NO.<br><br>1:23-CV-149-WMR |

## J U D G M E N T

This action having come before the court, Honorable William M. Ray, II, United States District Judge, for a frivolity determination pursuant to 28 U.S.C. §1915(e)(2), and the court having made such determination, it is

**Ordered and Adjudged** that the action be **DISMISSED** as frivolous. Dated at Atlanta, Georgia, this 24th day of April, 2023.

                                              KEVIN P. WEIMER
                                              CLERK OF COURT

                                  By:   s/ T. Schoolcraft
                                                    Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 24, 2023
Kevin P. Weimer
Clerk of Court

By: s/ T. Schoolcraft
       Deputy Clerk